ROBERT J. REICHERT, Respondent, v. NAIDICH & GOLDSTEIN, INC., a Domestic Corporation, and Others, Appellants.— Motion to dismiss appeal withdrawn. Motion to compel defendants to furnish additional security granted; appellants to file an undertaking, with corporate surety, in the sum of $1,000 within five days from service of a copy of the order herein; otherwise, appeal dismissed, with

ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.